UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SYNTAX-BRILLIAN CORPORATION, *et al.*, | Case No. 08-11407 (BLS) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SYNTAX-BRILLIAN CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-51830 (BLS) |
| v. | |
| JAMES LI a/k/a CHING HUA LI, THOMAS CHOW a/k/a MAN KIT CHOW, MICHAEL K. CHAN, VINCENT F. SOLLITTO, JR., WAYNE A. PRATT, JOHN S. HODGSON, DAVID P. CHAVOUSTIE, MAX FANG, CHRISTOPHER C. LIU, YASUSHI CHIKAGAMI, SHIH-JYE CHENG, | |
| Defendants. | |

## STIPULATION

Plaintiff Official Committee of Unsecured Creditors of Syntax-Brillian Corporation and Defendants Vincent F. Sollitto, Jr. ("Sollitto"), Wayne A. Pratt ("Pratt"), John S. Hodgson ("Hodgson"), David P. Chavoustie ("Chavoustie") and Christopher C. Liu ("Liu"), by their undersigned attorneys, hereby stipulate and agree that the time within which defendants Sollitto, Pratt, Hodgson, Chavoustie and Liu may answer, move or otherwise respond to the complaint in the above-captioned proceeding is extended to and including January 26, 2009.

Dated: December 17, 2008

| ANTHONY OSTLUND BAER LOUWAGIE & ROSS P.A. | MUNGER, TOLLES & OLSON LLP |
|---|---|
| *s/John B. Orenstein* | *s/J. Raza Lawrence* |
| John B. Orenstein (admitted *pro hac vice*) | J. Raza Lawrence |
| 3600 Wells Fargo Center | 355 South Grand Avenue, 35th Floor |
| 90 South Seventh Street | Los Angeles, CA 90071-1560 |
| Minneapolis, MN 55402 | Telephone: (213) 683-9537 |
| Telephone: (612) 349-6969 | Facsimile: (213) 593-2837 |
| Facsimile: (612) 349-6996 | Email: raza.lawrence@mto.com |
| Email: jorenstein@aoblr.com | |
| **Counsel for the Official Committee of Unsecured Creditors of Syntax-Brillian Corporation**, *et al.* | **Counsel for John S. Hodgson, David P. Chavoustie and Christopher C. Liu** |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


*s/Bruce L. Silverstein*
Bruce L. Silverstein (DE No. 2495)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: (302) 571-6659
Facsimile: (302) 576-3335
Email: bsilverstein@ycst.com

*Of Counsel:*
IRELL & MANELLA LLP
Craig L. Varnen
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: cvarnen@irell.com

**Counsel for Wayne A. Pratt and Vincent F. Sollitto, Jr.**


SO ORDERED:


_____
BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE